IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PEDRO ROMO NAVARRO, | § § | |
| Petitioner, | § § | |
| v. | § § | 1:25-CV-1799-RP |
| PAM BONDI, *in her official capacity as Attorney General of the United States*, et al., | § § § § | |
| Respondents. | § § | |

## ORDER

Before the Court is Petitioner Pedro Romo Navarro's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2243, (Dkt. 1), and Motion for a Temporary Restraining Order and Preliminary Injunction, (Dkt. 3).

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). "Under the transfer statute, a district court may transfer a case upon a motion or sua sponte. The district court has broad discretion in deciding whether to order a transfer." *Caldwell v. Palmetto State Sav. Bank of S.C.*, 811 F.2d 916, 919 (5th Cir. 1987) (citing 28 U.S.C. §§ 1404 and 1406).

Upon review of Petitioner's filings, the Court does not find facts demonstrating that this case is connected to the Austin Division of the Western District of Texas. Petitioner is currently detained at the South Texas ICE Processing Center in Pearsall, Texas, which is located in Frio County. (Pet., Dkt. 1, at 8). Frio County is located in the San Antonio Division of this District. Petitioner was detained by a police officer in Dallas, Texas—where he has lived since 1997—before being transferred into ICE custody. (*Id.* at 2). The Immigration Judge who adjudicated Petitioner's case, Veronica M. Segovia, sits on the Pearsall Immigration Court in Pearsall, Texas. (*Id.* at 7).

Further, the two respondents in this case who are not based in Washington, D.C. are Renaldo Castro, the Warden of the South Texas ICE Processing Center in Pearsall, Texas, and Sylvester Ortego, the Director of the San Antonio Field Office of ICE's Enforcement and Removal Operations division. (*Id.* at 4–5). Given the numerous connections of this case to the San Antonio Division of this District and the lack of any connection to this Division, and in consultation with the Honorable Alia Moses, Chief United States District Judge for the Western District of Texas, **IT IS ORDERED** that this action is **TRANSFERRED** to the San Antonio Division of the Western District of Texas.

      **SIGNED** on November 10, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE